**Order entered February 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-01124-CV**
**No. 05-21-01125-CV**

**IN RE LAWRENCE ALLEN FULLER, Relator**

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F97-01742-RJ & F97-02170-TJ**

## ORDER

Before the Court is relator's November 12, 2021 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition on or before **March 14, 2022**.

The Court **DIRECTS** the Clerk to send copies of this order to the Honorable Audra Riley, Presiding Judge, Criminal District Court No. 3; and to John Creuzot, Dallas County District Attorney.

/s/     LANA MYERS
            JUSTICE